**Joseph & Norinsberg LLC**
*Fighting for Employee Justice*

| | | |
|---|---|---|
| **Queens Office** | **Manhattan Office** | **Newark Office** |
| 69-06 Grand Avenue, 3rd Floor | 110 East 59th Street, Suite 2300 | One Gateway Center, Suite 2600 |
| Maspeth, New York 11378 | New York, New York 10022 | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1515 Market Street, Suite 1200 | 225 Franklin Street, 26th Floor | 300 N. New York Ave, Suite 832 |
| Philadelphia, Pennsylvania 19102 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

Arjeta Albani, Esq.
arjeta@employeejustice.com

January 30, 2025

**VIA ECF**
Hon. Katherine Polk Failla
United States District Court Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 618
New York, N.Y. 10007



Re: Robles v. Platinum Leaf, LLC
    Case No. 1:24-cv-07543-KPF
    **Request to Adjourn Initial Conference – Default Judgment**

Dear Judge Failla,

    We represent Plaintiff, Primitivo Robles, in the above-referenced matter, brought pursuant to the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 et seq. We respectfully request that Your Honor issue an Order to stay the Initial Pre-Trial Conference, currently scheduled for February 7, 2025, to preserve valuable judicial resources in light of the Defendants' failure to involve themselves in these proceedings by failing to appear, file an Answer to the Complaint, or otherwise respond.

    We have made several attempts to contact the Defendant directly to obtain their position and to discuss the Court's various Orders. Despite our numerous letters and communications, we have not received any response from the Defendant or their counsel. Given the Defendants' failure to appear and/or respond to Plaintiff's numerous attempts to inquire, we intend to initiate default judgment proceedings pursuant to Fed. R. Civ. P. 55 imminently.

    Therefore, we believe it is in the best interest of judicial efficiency to adjourn the scheduled Initial Pre-Trial Conference to allow Plaintiff the opportunity to initiate default proceedings.

    Thank you for your understanding and consideration.

        Sincerely,

        **JOSEPH & NORINSBERG, LLC**

        _____
        Arjeta Albani, Esq.
        *Attorneys For Plaintiff*
        110 East 59th Street, Suite 2300
        New York, New York 10022
        (212) 227-5700
        Fax No. (212) 656-1889
        arjeta@employeejustice.com

c.c.
Joseph Giangiacomo
196 Rock Hill Drive
Rock Hill, NY 12775

```
Application GRANTED.  In light of Defendants' failure to appear, the
conference scheduled for February 7, 2025, is ADJOURNED sine die.  The
Court anticipates that Plaintiff will next seek a certificate of default
from the Clerk of Court.

The Clerk of Court is directed to terminate the pending motion at docket
entry 8.

Dated:     January 31, 2025            SO ORDERED.
           New York, New York


                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE
```