UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PRIMITIVO ROBLES, on behalf of himself and al

                          Plaintiff(s),

            - against -

PLATINUM LEAF LLC,

                        Defendant(s),
------------------------------------------------------------X

    1:24 Civ. 7543 (KPF)

**CLERK'S CERTIFICATE
OF DEFAULT**

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 10/4/2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) PLATINUM LEAF LLC, by personally serving Nancy Dougherty, Business Document Specialist of the New York State, and proof of service was therefore filed on 10/28/2024, Doc. #(s) 6.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

        February 14, , 20 25

                                                       TAMMI M. HELLWIG
                                                          Clerk of Court

                                                  By: _____
                                                        Deputy Clerk